CITY OF RICHMOND HEIGHTS,
Respondent,

v.

Robert ROUSH, Appellant.

No. ED 99018.

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 13, 2013.

Daniel J. Dodson, Jefferson City, MO, for appellant.

John A. Lally, St. Louis, MO, for respondent.

Before ROBERT M. CLAYTON III, C.J., GARY M. GAERTNER, JR., J., and MICHAEL K. MULLEN, Sp. J.

*ORDER*

PER CURIAM.

Robert Roush appeals the trial court's judgment convicting him of domestic assault in violation of the City of Richmond Heights' ordinance. The trial court did not err in denying Roush's motion for judgment of acquittal at the close of all evidence. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 30.25(b).

---

Robert MELTON, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 98854.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 13, 2013.

Jessica M. Hathaway, St. Louis, MO, for appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Robert Melton ("Movant") appeals from the judgment of the motion court that denied his motion for post-conviction relief without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).